IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MARK L. PEARSON, P.A.                                                                          PLAINTIFF

VS.                                         CIVIL ACTION NO.: 4:08-CV-00038 TSL-LRA

JOHN M. O'QUINN; JOHN M. O'QUINN
LAW FIRM, PLLC f/k/a O'QUINN
LAMINCACK & PIRTLE; and
JOHN DOES 1-10                                                                              DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE, having come on for hearing before this Honorable Court on the parties *ore tenus* Joint Motion to Dismiss, and the Court being fully advised that the parties have settled and compromised the issues in this matter and have agreed to the dismissal with prejudice of all claims pending herein, this Court finds that said cause should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that this cause be and hereby is dismissed with prejudice, with each party to bear their own costs.

IT IS FURTHER ORDERED AND ADJUDGED that this Court retains jurisdiction of these parties and this matter for the sole purpose of enforcing the terms of the above mentioned Settlement Agreement, should any breach occur.

SO ORDERED AND ADJUDGED this the 17th day of December, 2009

/s/Tom S. Lee
UNITED STATES DISTRICT COURT JUDGE